No. 73–1287. REPUBLIC OF CUBA ET AL. *v.* SAKS & Co. et al.; and

No. 73–1289. SAKS & Co. ET AL. *v.* REPUBLIC OF CUBA ET AL. C. A. 2d Cir. Certiorari denied. Reported below: 485 F. 2d 1355.

No. 75–720. LEE WAY MOTOR FREIGHT, INC., ET AL. *v.* RESENDIS ET AL.; and YELLOW FREIGHT SYSTEM, INC. *v.* HERRERA ET AL. C. A. 5th Cir. Certiorari denied.

No. 75–1122. HENNY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–1132. CANON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–1138. PROTHRO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–1164. VICKERY *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 75–1162. WINTERS BATTERY MANUFACTURING Co. *v.* USERY, SECRETARY OF LABOR. C. A. 6th Cir. Certiorari denied.